IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00269-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAURINO VILLALOBOS-HERNANDEZ,

    Defendant.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

---

The defendant's Motion to Continue Change of Plea Setting (Dkt. # 14) is GRANTED. The change of plea hearing set for October 10, 2006 is RESET for **Thursday, October 12, 2006 at 8:15 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on October 10, 2006.**

DATED: September 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge