IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00269-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAURINO VILLALOBOS-HERNANDEZ,

    Defendant.

---

**ORDER RESETTING CONTINUED CHANGE OF PLEA HEARING**

---

The defendant's Unopposed Motion to Continue New Change of Plea Setting (Dkt. # 21) is GRANTED. The change of plea hearing set for November 27, 2006 is RESET to **Friday, December 1, 2006 at 9:30 a.m.**

    DATED: October 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge