IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00269-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAURINO VILLALOBOS-HERNANDEZ,

    Defendant.

**ORDER RESETTING CONTINUED CHANGE OF PLEA HEARING**

    The defendant's Unopposed Motion to Continue New Change of Plea Setting (Dkt. # 21) is GRANTED. The change of plea hearing set for December 1, 2006 is RESET to **Thursday, January 4, 2007 at 9:30 a.m.**

    DATED:  November 30, 2006

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge