UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00269-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TAURINO VILLALOBOS-HERNANDEZ,

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      This case has been transferred to Judge Wiley Y. Daniel.  Accordingly, the sentencing hearing currently scheduled for April 2, 2007, is **VACATED and RESET** to **Thursday, April 19, 2007, at 10:00 a.m. in courtroom A1002.**

      Dated:  March 22, 2007